UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO.
 3:04CR00138CH)
SHONTA MCPHERSON
    Defendant.

MARCH 27, 2008

## ORDER TO SHOW CAUSE

The Defendant is hereby ORDERED to SHOW CAUSE, by April 15, 2008, why the defendant should be granted relief pursuant to 18 U.S.C. § 3582(c)(2) and 994(u), as well as Amendment 706 to the U.S.S. Guidelines.

The court has reviewed a supplemental Presentence Report prepared by the Probation Office that suggests the defendant is ineligible because he was sentenced as a career offender and thus the Amendment would not lower the applicable guideline range, U.S.S.G. 1B1.10, comment. (n.1.(A)). The defendant's guideline range was determined based on his status as a career offender.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 27th day of March, 2008.

                                            /s/ Janet C. Hall
                                            Janet C. Hall
                                            United States District Court