UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | 3:04CR00138-27(JCH) |
| | ) | |
| Shonta McPherson | ) | |

## ORDER REDUCING TERM OF SUPERVISED RELEASE

In light of the defendant Shonta McPherson's successful completion and graduation from the United States District of Connecticut's Reentry Court program, the Court MODIFIES the term of supervised release to reduce it by one year to a term of one (1) year of supervised release.

It is so ORDERED.

/s/ Janet C. Hall                                                      September 19, 2024
Hon. Janet C. Hall                                                                    Date
United States District Judge